# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN OHIO DISTRICT
# EASTERN DIVISION

**REESE C. DEHEN,**

    **Plaintiff,**

v.                                               Case No. 2:23-cv-517
                                                  JUDGE EDMUND A. SARGUS, JR.

**OHIO STATE UNIVERSITY,**

    **Defendant.**

## ORDER

    The undersigned judge hereby recuses himself from the above case. The Clerk of Courts shall reassign the case to another judge by random draw.

    **IT IS SO ORDERED.**

Date: 2/6/2023                                       s/Edmund A. Sargus, Jr.
                                                      **EDMUND A. SARGUS, JR., JUDGE**
                                                      **UNITED STATES DISTRICT JUDGE**