UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Reese C. Dehen,

    Plaintiff,

v.

Ohio State University,

    Defendant.

Case No. 2:23-cv-517

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The parties are hereby notified that the Undersigned has the following past and/or present connections to The Ohio State University ("OSU"):

- The Undersigned teaches a trial practice class at the Moritz College of Law at OSU.

- The Undersigned has volunteered with the Buckeye Cruise fundraiser to benefit The Ohio State James Comprehensive Cancer Center, which is an independent entity from OSU. The Buckeye Cruise is not organized by OSU and does not provide any funds to OSU itself.

- The Undersigned's wife owns and operates The Flag Lady's Flag Store (the "Store"), which has a licensing agreement with OSU, under which the Store may produce and sell products with OSU's trademarks.

Neither this Court nor the United States Court of Appeals for the Sixth Circuit views these connections as requiring the Undersigned's recusal from cases in which OSU is a party. *See* ECF No. 196, Case No. 18-cv-692; *Garrett*

*v. Ohio State Univ.*, --- F.4th ----, No. 21-3972, 2023 WL 2012158 (6th Cir. Feb. 15, 2023).

However, should any party seek the Undersigned's recusal in this case, that party must so move, with a supporting memorandum, **within fourteen days**. In the alternative, should no party seek the Undersigned's recusal, the parties are **ORDERED** to file a joint notice on the docket expressing the same **within fourteen days**.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT