**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Reese C. Dehen,

     vs.                       Case No. 2:23-cv-517

Ohio State University,                 **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the June 5, 2023 Opinion and Order, the Court GRANTS Defendant's Motion to Dismiss.

Date:  **June 5, 2023**        **Richard Nagel, Clerk**

                                            _s/ Jennifer Kacsor_

                                            By Jennifer Kacsor/Courtroom Deputy